DANIEL F. FURLONG, #7109
100 E. Union Street
P.O. Box 3550
Prescott, Arizona 86302
danfurlong@cableone.net
(928) 778-6906 Phone
(928) 778-6743 Fax
Attorney for Plaintiff

IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br>Peter David Hupper,<br>    Debtor,<br><br>Reva's Floor Decor, Inc.,<br>    Plaintiff,<br>v.<br>Peter David Hupper; Joanne Marie Meluski; et al.,<br>    Defendants, | Chapter 7<br><br>Case No. 2:13-00625-EFB<br>Adv. No. **2:13-ap-00217-EPB**<br><br>**ORDER REMANDING REMOVED CASE TO THE YAVAPAI COUNTY SUPERIOR COURT** |

    It is ordered remanding this removed case to the Yavapai County Superior, No. PC1300CV20080194. The court vacates the Status Hearing On Removal and the hearing regarding the Motion To Remand, both set for May 15, 2013 at 1:30 PM, Courtroom 703, Phoenix, AZ. A related Motion To Lift The Stay is not vacated and remains set for a hearing on May 15, 2013 at 1:30 PM, Courtroom 703, Phoenix, AZ.

    Dated and signed by the Judge as shown above.

copy mailed this 30th day of April, 2013 to:

Lothar Goernitz
P.O. Box 32961
Phoenix, AZ 85064-2961

Michael P. Lane
Lane & Nach, P.C.
2025 North Third Street, Suite 157
Phoenix, AZ 85004

Thomas Allen
Allen, Sala & Bayne, PLC
Viad Corporate Center
1850 N. Central Ave., #150
Phoenix, AZ 85004

Rick K. Carter
Wong, Fugii Carter P.C.
3003 N. Central, Suite 1000
Phoenix, AZ 85012

Joanne Meluki #241251
ASPC Perryville, Santa Cruz Unit 24510
P.O. Box 3300
Goodyear, AZ 85395

Matthew Podracky
City of Prescott Legal Dept.
P.O. Box 2059
Prescott, AZ 86302-2059

by *Benita McCombs*